IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TOLL ROAD INVESTORS PARTNERSHIP II, L.P.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE COMMONWEALTH OF VIRGINIA, et al.,**<br><br>**Defendants.** | Civil No. 3:25-cv-00135 |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**
**UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants the Commonwealth of Virginia, the Virginia State Corporation Commission, Commissioner Jehmal Hudson, Commissioner Samuel Towell, and Commissioner Kelsey Bagot by counsel, respectfully move this Court to dismiss Plaintiff's Complaint (ECF No. 1) for lack of jurisdiction and to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support, Defendants rely on the Memorandum in Support filed herewith, the Declaration of Erika L. Maley (ECF No. 20-1) and the exhibits thereto, and the supporting Second Declaration of Erika L. Maley and the exhibits thereto.

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA,
VIRGINIA STATE CORPORATION COMMISSION,
COMMISSIONER JEHMAL HUDSON,
COMMISSIONER SAMUEL TOWELL,
COMMISSIONER KELSEY BAGOT**

By: */s/ Erika L. Maley*
      Erika L. Maley (VSB #97533)
      *Solicitor General*

Jason S. Miyares
  *Attorney General*

Steven G. Popps
  *Chief Deputy Attorney General*

Thomas J. Sanford
  *Deputy Attorney General*

R. Cooper Vaughan (VSB #92580)
  *Assistant Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
EMaley@oag.state.va.us

*Counsel for the Commonwealth of Virginia, Virginia State Corporation Commission, Commissioner Jehmal Hudson, Commissioner Samuel Towell, and Commissioner Kelsey Bagot*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                            */s/ Erika L. Maley*
                                                            Erika L. Maley